
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-50225 |
| Plaintiff - Appellee, | D.C. No. 3:10-cr-07000-AJB |
| v. | |
| SALVADOR DE JESUS SANCHEZ MIRANDA, a.k.a. Salvador Jesus Sanchez, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Anthony J. Battaglia, District Judge, Presiding

Submitted January 20, 2016**

Before:     CANBY, TASHIMA, and NGUYEN, Circuit Judges.

Salvador De Jesus Sanchez Miranda appeals from the revocation of

supervised release and the time-served sentence imposed upon revocation.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Sanchez Miranda's counsel

---

        *       This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

        **      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.

Because Sanchez Miranda has fully served his sentence and is not subject to a term of supervised released, we dismiss this appeal as moot. *See Spencer v. Kemna*, 523 U.S. 1, 14 (1998); *United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED.**